FILED

03/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0569

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0569

_____

IN THE MATTER OF G.M.P.,

An Alleged Incapacitated Person.                                    O R D E R

_____

M. R. App. P. 10(6) requires that parties filing documents with the Clerk of the Supreme Court shall use initials for individual parties in a proceeding under Title 72, Chapter 5, Part 3 (Guardians of Incapacitated Persons).

The Court has determined there are references to the full names of the Appellant, Appellee, and G.M.P., an alleged incapacitated person, in G.M.P.'s Brief filed March 24, 2022.

M. R. App. P. 2(4) requires the caption of an appeal to "list the parties in the same order as the caption used in the district court, with the addition of the designations 'appellant' and 'appellee' as appropriate."  G.M.P.'s Brief has changed the caption from that used in the district court and must be revised to reflect the caption in this Order. Therefore,

IT IS ORDERED that within ten (10) days of the date of this Order G.M.P. shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellee shall serve copies of the revised brief on all parties of record; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to all counsel of record.

DATED this 25th day of March, 2022.

For the Court,

By_____

Justice

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
March 25 2022